# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COLUMBIA DIVISION

| | | |
|---|---|---|
| **MYLEE MYERS, individually and on behalf of all others similarly situated,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 1:17-cv-00052** |
| **v.** | ) | **Judge Aleta A. Trauger** |
| | ) | |
| **TRG CUSTOMER SOLUTIONS, INC. d/b/a IBEX GLOBAL SOLUTIONS,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Before the court is the Motion to Compel Arbitration and to Dismiss the Action (Doc. No. 57) filed by defendant TRG Customer Solutions, Inc., doing business as IBEX Global Solutions ("IBEX"). The motion has been fully briefed and is ripe for review.

For the reasons set forth in the accompanying Memorandum, the motion is **GRANTED IN PART** and **DENIED IN PART**. That portion of the motion seeking to compel arbitration of plaintiff Mylee Myers' claims is **GRANTED**, but that portion of the motion seeking dismissal of this case in its entirety is **DENIED**. The court **GRANTS** the plaintiff **thirty days** within which to file a motion to amend the Complaint to substitute appropriate named plaintiffs from among the current opt-in plaintiffs. If no motion to amend is filed within that time frame, the defendant may renew its motion to dismiss.

The plaintiff's Motion for Conditional Certification and the Issuance of Court-Supervised Notice (Doc. No. 8) is **DENIED WITHOUT PREJUDICE**.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge